# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| ELAINE JEROTHA CRAIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 6:16-03562-MGL |
| vs. | ) |
| | ) ORDER |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On January 29, 2018, Counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF No. 26. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $3,773.25 for fees (19.35 hours at $195.00 per hour), $407.00 for costs and $16.00 for expenses. *Id.* On February 5, 2018, Defendant filed a response indicating that it did not oppose the payment of such fees, costs, and expenses. ECF No. 27.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)), and, therefore, this Court directs fees be payable to Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $3,773.25 for fees, $407.00 for costs and $16.00 for expenses.

Signed this 5th day of February, 2018, in Columbia, South Carolina.

s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE